JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ANGELES SAN JUAN,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. CV 12-0895 MMM<br>CR 12-00126 MMM<br><br>JUDGMENT FOR RESPONDENT |

On October 15, 2012, petitioner Omar Angeles San Juan filed a motion for sentence reduction under 28 U.S.C. § 2255; the motion concerns the sentence entered in *United States v. Omar Angeles San Juan*, No. CR 12-00126 MMM. On January 29, 2015, the court denied the motion. Consequently,

IT IS ORDERED AND ADJUDGED

1. That San Juan's motion be denied; and

2. That the action be, and is hereby, dismissed.

DATED: January 29, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE